PFE/MSB: Oct. 2020
GJ#6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# <u>NORTHWESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CALEB DURAN MEJIA** | ) |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>: [18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

Between on or about the 17th day of November, 2017, and the 14th day of November, 2018, a more exact date being unknown to the Grand Jury, in Lauderdale County, within the Northern District of Alabama, the defendant,

**CALEB DURAN MEJIA,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly possessed a firearm, that being, a Taurus 9mm pistol, and the firearm was in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Section 922(g)(1).   MEJIA was convicted in the Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois, on or about the 13th day of January, 2004, case number 03 CF 1799, of the offense of Unlawful Possession of Cannabis with Intent to Deliver, said offense being a crime punishable by a term of imprisonment exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                              PRIM F. ESCALONA
                                              United States Attorney

                                              */s/ Electronic Signature*
                                              MARY STUART BURRELL
                                              Assistant United States Attorney